NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

MARK E. WOOLF
ROBERT A. KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: Mark.Woolf@usdoj.gov

*Counsel for Plaintiff United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | ) |
|       Plaintiff, | )   Case No: 2:18-cr-00092-RFB-VCF |
| | ) |
|       v. | )   **STIPULATION FOR PRE-SENTENCE** |
| | )   **PAYMENT TOWARD RESTITUTION** |
| David Lee Harris, | ) |
|       Defendant. | ) |
| | ) |

The parties, pursuant to 28 U.S.C. §§ 2041-2042, hereby stipulate to the pre-sentence deposit of funds to be withdrawn and applied toward Defendant David Lee Harris's restitution amount in this matter at the time judgment is entered. The stipulation is based on the following:

1.      Defendant David Lee Harris ("Harris") has pled guilty to one-count of Bank Robber in violation of 18 U.S.C. § 2113(a). ECF No. 41.

2.      Pursuant to the Plea Agreement, Harris agreed to "release funds and property under his control in order to pay any fine, forfeiture, or restitution, ordered by the Court." ECF No. 41. Harris further acknowledged that he received **$886** as a result of his offense, and that amount is due and owing as restitution in this matter. ECF No. 41.

3.      The parties have conferred and hereby stipulate to the pre-sentence deposit of

restitution funds with the Clerk of Court, to be held until the Judgment is entered in this matter by the Court.

4.  The parties seek an order directing the Clerk of Court to accept Harris's pre-sentence payments for restitution. Pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to accept and hold such funds on behalf of Harris until the time of sentencing, which is currently scheduled for September 17, 2019. Further, pursuant to 28 U.S.C. § 2042, the parties request an order that upon the entry of a criminal judgment in this case, the Clerk of Court is to withdraw and apply the deposited funds to the criminal financial obligations, including restitution, imposed against Harris in the sequence established in 18 U.S.C. § 3612(c).

5.  Harris may submit payment by cash, cashier's check, or money order made payable to "Clerk, U.S. District Court" with "2:18-cr-00092-RFB-VCF" noted on each payment mailed or delivered to:

Clerk of the Court, District of Nevada
333 Las Vegas Boulevard, South
Room 1334
Las Vegas, Nevada 89101

///
///
///
///
///
///
///
///
///
///
///
///
///

**WHEREFORE**, the parties stipulate for an order directing the Clerk of Court to accept pre-sentence payments to be held on deposit until judgment is entered, and thereafter applied toward the criminal monetary penalties, including restitution, imposed in this matter as provided by law and in accordance with the Clerk's standard operating procedures.

Respectfully submitted this 7th day of August 2019.

NICHOLAS A. TRUTANICH
United States Attorney

Oronoz, Ericsson & Gaffney, LLC

*/s/ Mark E. Woolf*
Mark E. Woolf
Assistant United States Attorney

*/s/ Thomas A. Ericsson*
Thomas A. Ericsson.
1050 Indigo Drive, Suite 120
Las Vegas, NV 89145

*Attorney for Defendant David Lee Harris*

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** August 8, 2019