THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com

*Attorney for David Lee Harris*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>DAVID LEE HARRIS,<br>　　　　Defendant. | CASE NO: 2:18-cr-092-RFB-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by David Harris, by and through his attorney, THOMAS A. ERICSSON, ESQ., and the United States of America, by and through ROBERT KNIEF, ESQ., Assistant United States Attorneys, that the sentencing hearing currently scheduled for September 19, 2019, at 4:00 p.m., be vacated and continued for two (2) weeks past the current sentencing date to a date and time that is convenient to this Honorable Court.

The request for a continuance is based upon the following:

1. Counsel for Defendant David Harris requires additional time to finalize mitigation work required for the upcoming sentencing hearing. The Defense requests a brief continuance to complete the preparations for the sentencing.

2. Defendant David Harris is in custody, and he has no objection to the continuance.

1

3. Defense Counsel for has spoken to AUSA Robert Knief, and he agrees to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed by this rule."

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: September 10, 2019

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas A. Ericsson | /s/ Robert Knief |
| Thomas A. Ericsson, Esq. | Robert Knief, Esq. |
| Oronoz & Ericsson, LLC | Assistant United States Attorney |
| 1050 Indigo Drive, Suite 120 | 501 Las Vegas Boulevard, South, Suite 1100 |
| Las Vegas, Nevada, 89145 | Las Vegas, Nevada, 89101 |
| Attorney for David Harris | Attorney for the United States of America |

ORDER

IT IS SO ORDERED that the Sentencing hearing currently scheduled for September 19, 2019, at 4:00 pm is vacated and continued to October 3, 2019 at 4:00 pm.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  11th  day of  September , 2019.